IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 12-po-00004-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL J. STEVENS,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED: February 28, 2012**

    Arraignment and Discovery Conference continued to February 28, 2012 at 1:00 p.m. is **VACATED** and rescheduled to March 27, 2012 at 1:00 p.m.