IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  12-po-00004-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL J. STEVENS,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:  May 21, 2012**

    Review Hearing set for June 14, 2012 at 9:30 a.m. is **VACATED** and rescheduled to June 14, 2012 at **3:30 p.m.**